IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID JOSEPH PRATHER,<br>      Plaintiff,<br>v.<br><br>THE COUNTY OF MADISON,<br>NEBRASKA<br>      Defendant. | 4:26 – cv – 3004<br><br>***COMPLAINT AND PRAECIPE,***<br>***REQUEST FOR JURY TRIAL*** |

    COMES NOW the Plaintiff, and for his causes of action, states as follows:

    1.  Plaintiff brings this action to redress violations by Defendant of Plaintiff's rights under the Constitutions and laws of the United States and the State of Nebraska.

    2.  This is an action pursuant to 42 U.S.C. § 1983 to redress the deprivation under color of statute, ordinance, regulation, custom or usage of rights, privileges and immunities secured to Plaintiff by the Fourteenth Amendment to the Constitution of the United States, namely, the right to freedom of association.  Further, Plaintiff asserts violations under the due process and equal protection clauses of the Fourteenth Amendment to the United States Constitution, and the Americans with Disabilities Act.  Finally, Plaintiff seeks relief under the common law and statutes of the State of Nebraska.

    3.  Jurisdiction is conferred on this Court by 28 U.S.C. §§1331 and 1343(3), which confer original jurisdiction on Federal District Courts and suits to redress the deprivation of rights, privileges and immunities as stated in paragraph 2 above, as well as 42 U.S.C. §12101 *et. seq.*  Plaintiff invokes the pendant jurisdiction of this Court to hear his State law claims.

    4.  At all times relevant to this Complaint, Defendant acted under color and pretense of law, to-wit, under color of the statutes, ordinances, regulations, customs and usages of the State of Nebraska and the County of Madison, Nebraska.

5. At all times relevant to this Complaint, Defendant engaged in the illegal conduct herein mentioned to the injury of the Plaintiff, and deprived Plaintiff of his rights, privileges and immunities secured to him by the Fourteenth Amendment to the Constitution of the United States and the laws of the United States and the State of Nebraska.

6. Plaintiff, David J. Prather, is a resident of Norfolk, Madison County, Nebraska.

7. The Defendant is a body corporate and politic and an employer with more than 20 employees, operating the county Sheriff Department.

8. Plaintiff previously filed a charge of discrimination, alleging violations of the Americans with Disabilities Act.. He obtained a right-to-sue letter on October 16, 2025. All administrative prerequisites have been met

9. Jurisdiction and venue in this court are proper.

10. Plaintiff is a 50-year-old male who worked for the Defendant for more than five years. His last position held was the chief deputy Sheriff. His salary at that time was $85,252.70.

11. Plaintiff had not received any prior disciplinary warnings at the time of his termination. He had always received positive employment evaluations.

12. Plaintiff suffered a hand injury on or about July 7, 2024. This required him to temporarily wear an ace bandage to cover open wounds and a brace on his hand. Plaintiff informed Defendant of all restrictions that he had.

13. The Defendant's supervisor, Todd Volk, immediately questioned him as to whether he could use that hand to draw and fire his gun if needed.

14. Plaintiff was in a desk job/office position at the time. He did not go out on patrol and did not need to use his gun as an essential job function.

15. Volk nevertheless continued to question Prather about his arm, and stated he did not think Prather could perform the duties of his job. Prather told him he could perform his job. Volk perceived Prather to be disabled.

16. On or about July 7th, 2024, an incident between two women occurred at Prather's residence. Prather was not involved in any altercation. Law enforcement was called to handle the situation.

17. Volk did not allow Prather to explain what had happened on that occasion. Prather was suspended, and then terminated from employment on July 30, 2024. The stated reason was a pretext for unlawful discrimination in violation of the ADA.

18. An article was published in the Norfolk Daily News on August 23, 2024, in which Volk stated Prather was fired related to a domestic incident that occurred at Prather's residence, and that the firing occurred after he became aware of additional facts surrounding Prather and the corrections worker who was involved in the July 7th incident. Those statements were false, cast Prather in a false and damaging public light and severely harmed his reputation in the community.

19. Plaintiff had the right to associate with any person of his choosing when not working. That freedom of association was violated by Defendant.

20. Prather had a liberty interest in his name and reputation in the community, especially given his status as second in command of the county sheriff department.

21. Prather was never given a pre-termination nor post-termination due process hearing to present his evidence and clear his name, as was his right under Section 7.7(e) of the Madison County Employee Handbook, as well as federal law set forth above.

22. Prather's perceived disability was the motivating factor which led to his termination of employment.

23. As a result of all the actions taken by the Defendant set forth above, Prather was damaged, has suffered and continues to suffer mental distress, anxiety, loss of sleep, lost wages and benefits, as well as loss of self-esteem and reputation in the law enforcement community and the community at large, and has been prevented from pursuing his career path in a timely manner.

## FIRST CAUSE OF ACTION

24. Plaintiff repeats the allegations of paragraphs 1-23 as though fully set forth herein.

25. Defendant failed to go through any interactive process to determine if its perception of Plaintiff's disability was accurate, and/or how it could be accommodated at the time.

26. Defendant regarded Plaintiff as having a disability and treated him differently than similarly situated non-disabled employees, in violation of the ADA, 42 USC 12101 et. Seq. Plaintiff was terminated in violation of the American Disabilities Act of 1990.

## SECOND CAUSE OF ACTION

27. Plaintiff repeats the allegations of paragraphs 1-26 as though fully set forth herein.

28. Defendant, acting under color of state law, made stigmatizing statements about Plaintiff.

29. Those stigmatizing statements made by Defendant were publicly disclosed, and were false.

30. Plaintiff suffered a tangible loss of other employment opportunities, and damage to his reputation in the community as a result of that public disclosure.

31. Plaintiff has a liberty interest in his reputation in the community, and a property interest in the right to a name-clearing hearing.

32. Plaintiff was deprived of a liberty and property interest without due process and the right to a name-clearing hearing, in violation of the Due Process clause of the United States Constitution and federal authorities set forth above.

## THIRD CAUSE OF ACTION

33. Plaintiff repeats the allegations of paragraphs 1-32 as though fully set forth herein.

34. Defendant violated Plaintiff's right to freedom of association, in violation of the United States Constitution and federal authorities set forth above.

## FOURTH CAUSE OF ACTION

35. Plaintiff repeats the allegations of paragraphs 1-34 as though fully set forth herein.

36. Defendant discriminated against Plaintiff on the basis of his perceived disability in violation of Neb. Rev. Stat. 48-1104 (1).

## PRAYER FOR RELIEF

Based on the foregoing, Plaintiff prays for relief as follows:

a. All lost back pay and benefits
b. Two years front pay
c. All damages as allowed by law for the deprivation of due process and his constitutional rights.
d. Compensatory damages as allowed by law.
e. All costs and attorney fees.
f. Further relief as this court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all issues in Lincoln, Nebraska.

DAVID JOSEPH PRATHER, Plaintiff

BY:   /s/ James C. Zalewski
James C. Zalewski, #16090
OLSON ZALEWSKI WYNNER LLP
575 Fallbrook Blvd. - Suite 100
Lincoln, NE 68521
402-438-2500 / jzalewski@ozwlaw.com
ATTORNEYS FOR PLAINTIFF

**TO CLERK OF SAID COURT:**

**PLEASE ISSUE SUMMONS,** in the above-entitled cause for service upon Defendant, The County of Madison, c/o Anne Pruss, County Clerk, 1313 N. Main Street, Madison, NE 68748.

Please forward said Summons to James C. Zalewski of Olson Zalewski Wynner LLP, 575 Fallbrook Blvd., Suite 100, Lincoln, NE 68521, via email at jzalewski@ozwlaw.com, who will forward said Summons together with a copy of the Complaint to the Defendant by certified mail, return receipt requested, addressed as follows:

The County of Madison
c/o Anne Pruss, County Clerk
1313 N. Main Street
Madison, NE 68748

BY:   */s/ James C. Zalewski*
        James C. Zalewski, #16090